No. 24-1436

# In the United States Court of Appeals for the Sixth Circuit

───────────────────────────

VERONICA GARDNER, et al., on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellants*,

v.

FLAGSTAR BANK, FSB,
*Defendant-Appellee.*

───────────────────────────

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit
Case No. 2:20-cv-12061 (The Hon. Gershwin A. Drain)
─────────────────────────────────────────────────────

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**
─────────────────────────────────────────────────────

The plaintiffs-appellants respectfully request a 14-day extension on their reply brief, from February 28, 2025, to March 14, 2025. This is their second motion for an extension for this brief. Counsel for the defendant-appellee Flagstar Bank, FSB does not oppose the requested extension, and no party will be prejudiced by the requested extension. Plaintiffs-Appellants submit that there is good cause for this request:

Appellate counsel for plaintiffs-appellants, Matthew Wessler and Jessica Garland, have a number of pressing obligations that have taken up and will continue to take up substantial time over the next month. Their colleagues at Gupta Wessler have their own deadlines that will prevent them from helping with the preparation

1

of the brief. This will make it difficult to properly prepare the brief absent the requested extension. Specifically, Mr. Wessler, Ms. Garland, and their colleagues have the following deadlines over the next five weeks:

- A brief in opposition due in the United States Supreme Court in *Union Pacific Railroads v. DeGeer*, No. 24-610, on February 12, 2025;

- A brief in opposition due in the United States Supreme Court in *Union Pacific Railroads v. DeFries*, No. 24-630, on February 12, 2025;

- A brief in opposition due in the United States Supreme Court in *Union Pacific Railroads v. Zaragoza*, No. 24-643, on February 12, 2025;

- An opening brief in the Eleventh Circuit in *City of Hollywood Police Retirement Systems v. NextEra Energy*, No. 24-13372, on February 26, 2025;

- A reply brief in the Ninth Circuit in *King v. Navy Federal Credit Union*, No. 24-1838, on February 26, 2025;

- An oral argument in the Fourth Circuit in *Grice v. Independent Bank*, No. 24-1395, on March 4, 2025;

- A reply brief in the Ninth Circuit in *Healy v. Milliman*, No. 24-3327, on March 7, 2025;

- An oral argument in the Western District of Pennsylvania in *Duncan v. PNC Bank*, No. 22-1717, on March 10, 2025;

- A reply brief in the First Circuit in *State Teachers Retirement Systems of Ohio v. Charles River Laboratories*, No. 24-1705, on March 11, 2025.

For the foregoing reasons, this motion for a 14-day extension of time to file plaintiffs-appellants reply brief should be granted.

February 10, 2025

Respectfully submitted,

*/s/Matthew W.H. Wessler*

MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K St NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 357 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

February 10, 2025 */s/ Matthew W.H. Wessler*
Matthew W.H. Wessler

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Sixth Circuit by using the CM/ECF system. All participants will be served by the CM/ECF system.

February 10, 2025                                      */s/ Matthew W.H. Wessler*
                                                       Matthew W.H. Wessler